IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

X----------------------------------------------------------------------X

FLY LOW, INC. D/B/A KING OF DIAMONDS, INC.

       Plaintiff,

          INDEX NO.
          1:14-cv-22666-MGC
-against-          VERIFIED ANSWER

LENNY MOORE,

       Defendant.

X----------------------------------------------------------------------X

FILED by PG D.C.
SEP 0 4 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

COMES NOW the Defendant **LENNY MOORE**, for himself alone and "Pro Se" in answering the allegations of the complaint on file herein, affirms, denies, and alleges as follows:

1. Answering the complaint, defendant incorporates herein Plaintiff's Cause of Action the same as though fully set out herein at length.

2. Answering the allegations contained in paragraphs #1-38 of the Complaint,

 Defendant states as follows:

1. Denies each and every allegation contained therein.

2. Denies each and every allegation contained therein.

3. Denies each and every allegation contained therein.

4. Denies each and every allegation contained therein.

5. Denies each and every allegation contained therein.

6. Denies each and every allegation contained therein.

7. Denies each and every allegation contained therein.

8. Denies each and every allegation contained therein.

9. Denies each and every allegation contained therein.

10. Denies each and every allegation contained therein.

11. Denies each and every allegation contained therein.

12. Denies each and every allegation contained therein.

13. Denies each and every allegation contained therein.

14. Denies each and every allegation contained therein.

15. Denies each and every allegation contained therein.

16. Denies each and every allegation contained therein.

17. Denies each and every allegation contained therein.

18. Denies each and every allegation contained therein.

19. Denies each and every allegation contained therein.

20. Denies each and every allegation contained therein.

21. Denies each and every allegation contained therein.

22. Denies each and every allegation contained therein.

23. Denies each and every allegation contained therein.

24. Denies each and every allegation contained therein.

25. Denies each and every allegation contained therein.

26. Denies each and every allegation contained therein.

27. Denies each and every allegation contained therein.

28. Denies each and every allegation contained therein.

29. Denies each and every allegation contained therein.

30. Denies each and every allegation contained therein.

31. Denies each and every allegation contained therein.

32. Denies each and every allegation contained therein.

33. Denies each and every allegation contained therein.

34. Denies each and every allegation contained therein.

35. Denies each and every allegation contained therein.

36. Denies each and every allegation contained therein.

37. Denies each and every allegation contained therein.

38. Denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

39. Defendants allege that each and every Cause of Action therein fails to state a Cause of Action.

### SECOND AFFIRMATIVE DEFENSE
### (Copyright Infringement)

40. Defendant states unequivocally that Defendant created and designed the King Of Diamonds Logo and has affidavits from the graphic designer and former employees of plaintiff supporting this assertion, and that plaintiff has illegally usurped Defendant's copyright interest in the King Of Diamonds logo.

### THIRD AFFIRMATIVE DEFENSE
### (Slander & Defamation)

41. Plaintiff has published and rendered false statements about Defendant, to it, that Defendant has no ownership interest in the King Of Diamonds brand and/or logo, and Plaintiff knows these statements to be untrue, and said statements have had a deleterious and hurtful effect on Plaintiff's business reputation and enterprises, and Defendant has been grievously, substantially irreparably and permanently damaged as a result.

## FOURTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

42. Plaintiff should be estopped from advancing this claim against Defendant owing to Plaintiff's unclean hands in the usurpation and infringement of Defendants' King Of Diamonds brand and copyright.

**WHEREFORE**, defendant prays that plaintiff take nothing by the Complaint and that defendant have judgment against plaintiff and recover costs of suit herein incurred and that the court awards Defendant damages in the amount of **TEN MILLION DOLLARS ($10,000,000)** pursuant to its Affirmative Defenses and such other relief as the court may deem proper.

To:
Michael B. Chesal, Esq.
Peretz, Chesal & Hermann, P.C.
2 South Biscayne Blvd.-Suite #3700
Miami, Fl. 33131

Dated: August 28, 2014

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

X----------------------------------------------------------------------X

FLY LOW, INC. D/B/A KING OF DIAMONDS, INC.

                              Plaintiff,                      INDEX NO.

                                                            1:14-cv-22666-MGC

-against-                                                  VERIFIED ANSWER

LENNY MOORE,

                              Defendant.

X----------------------------------------------------------------------X

## VERIFICATION

I, LENNY MOORE, am the plaintiff in the above-entitled action. I have read the foregoing Summons & Complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the County Of Broward in the State Of Florida.

_____
LENNY MOORE

DATED: August 28, 2014

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

x------------------------------------------------------------------------------X

FLY LOW, INC. D/B/A KING OF DIAMONDS, INC.

                                   Plaintiff,                        INDEX NO.

                                                                   1:14-cv-22666-MGC

-against-                                                    VERIFIED ANSWER

LENNY MOORE,

                                   Defendant.

X------------------------------------------------------------------------------X

## AFFIRMATION OF SERVICE

1.     I, **LENNY MOORE**, hereby declares under penalty of perjury:

I am the Defendant in the above referenced cause of action.

2. On Wednesday, September 3, 2014, I served a copy of the following

    document(s) via USPS overnight mail:

VERIFIED ANSWER

on PERETZ, CHESAL & HERMANN, P.C., Attorneys For Plaintiff at the address

below:

2 South Biscayne Blvd.-Suite #3700
Miami, Fla. 33131

I declare under penalties of perjury that the foregoing is true and correct.

Dated: September 3, 2014

_____
LENNY MOORE

PRIORITY MAIL

USPS TRACKING # & CUSTOMER RECEIPT

9114 9011 5981 8345 0421 62

For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



UNITED STATES POSTAL SERVICE

1006

33128

AMOUNT
$5.60
0005 1312-04

Label 47690-1

FROM:
Lenny Moore
3431 N.W. 169 TH Terrace
Miami Gardens, FL 33054

USMS INSPECTED

TO:
Clerk
United States District Court
Southern District of Florida
Wilkie D. Ferguson Jr. United States Courts
400 North Miami Ave
Miami, FL 33128



UNITED STATES POSTAL SERVICE®